UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC LEWIS,<br><br>　　　　　　　Petitioner,<br>　　v.<br>JOHNSON, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:21-cv-00580-RFB-NJK<br><br>ORDER |

Isaac Lewis has submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition but he has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

The petition, therefore, is dismissed without prejudice to petitioner filing a new federal habeas petition, in a new case with a new case number and a new, completed application to proceed *in forma pauperis* with the required financial information or the $5.00 filing fee.

**IT IS THEREFORE ORDERED** that the Clerk detach and **file** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as improperly commenced.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk send to petitioner a copy of the court's form petition, the form application to proceed *in forma pauperis* with instructions, and one copy of the papers he filed in this case.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 27 April 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE