UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC LEWIS,<br><br>              Petitioner,<br><br>    v.<br><br>JOHNSON, *et al.*,<br><br>              Respondents. | Case No. 2:21-cv-00580-RFB-NJK<br><br>ORDER |

Respondents seek an extension of time to respond to Isaac Lewis's motion to reopen his 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 11.) Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' first motion for extension of time to respond to the motion to reopen the case (ECF No. 10) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' second motion for extension of time to respond to the motion to reopen the case (ECF No. 11) is **GRANTED**. **The deadline to respond is extended to November 14, 2022.**

DATED this 9th day of November, 2022

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT