UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC LEWIS,<br><br>           Petitioner,<br><br>v.<br><br>JOHNSON, *et al.*,<br><br>           Respondents. | Case No. 2:21-cv-00580-RFB-NJK<br><br>**Order Granting Extension of Time to Reply in Support of Motion to Reopen to December 21, 2022**<br><br>**(ECF No. 16)** |

Isaac Lewis requests an extension of time to file a reply in support of his motion to reopen his 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 16.) Good cause appearing,

**IT IS ORDERED** that petitioner's first motion for extension of time to reply in support of his motion to reopen the case (ECF No. 16) is **GRANTED**. **The deadline to reply is extended to December 21, 2022.**

DATED this 28th day of November, 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT