# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC LEWIS, | Case No.: 2:21-cv-00580-RFB-NJK |
| Petitioner | **Order Granting Extension to File Amended Petition to March 29, 2024** |
| v. | |
| WARDEN JOHNSON, *et al.*, | (ECF No. 24) |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus petitioner Isaac Lewis moves the court for an extension of time to file his amended petition. ECF No. 24. Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 24) is GRANTED**. **The deadline to file the amended petition is extended to March 29, 2024**.

DATED: January 2, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE