**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISAAC LEWIS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN JOHNSON, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-00580-RFB-NJK<br><br>**Order Granting Extension to File Amended Petition to**<br>**May 28, 2024**<br><br>(ECF No. 26) |

    28 U.S.C. § 2254 habeas corpus petitioner Isaac Lewis moves the court for an extension of time to file his amended petition. (ECF No. 26.) Good cause appearing,

    IT IS ORDERED that petitioner's unopposed second motion for extension of time to file an amended petition **(ECF No. 26) is GRANTED** nunc pro tunc. **The deadline to file the amended petition is extended to May 28, 2024**.

DATED: April 12, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**