**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISAAC LEWIS, | Case No.: 2:21-cv-00580-RFB-NJK |
| Petitioner | **Order Granting Extension to File Amended Petition to July 12, 2024** |
| v. | |
| WARDEN JOHNSON, et al., | (ECF No. 28) |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus petitioner Isaac Lewis moves the court for an extension of time to file his amended petition. (ECF No. 26.) Good cause appearing,

IT IS ORDERED that petitioner's unopposed second motion for extension of time to file an amended petition **(ECF No. 28) is GRANTED** nunc pro tunc. **The deadline to file the amended petition is extended to July 12, 2024**.

DATED: August 9, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE