# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC LEWIS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN JOHNSON, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-00580-RFB-NJK<br><br>**Order Granting Extension to Respond to Amended Petition to October 10, 2024**<br><br>(ECF No. 36 ) |

Respondents ask the Court for an extension to respond to Isaac Lewis' amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 36.) Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the amended petition **(ECF No. 36) is GRANTED** nunc pro tunc. **The deadline to respond is extended to October 10, 2024**.

DATED: 28 August 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE