UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC LEWIS,<br>　　　　　Petitioner,<br>　　v.<br>CALVIN JOHNSON, *et al.*,<br>　　　　　Respondents. | Case No. 2:21-cv-00580-RFB-NJK<br><br>**ORDER** |

　　　Respondents ask the Court for an extension to file a response to Isaac Lewis' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 38. Good cause appearing,

　　　**IT IS ORDERED** that respondents' motion for extension of time to respond to the amended petition **(ECF No. 38) is GRANTED** *nunc pro tunc*. **The deadline is extended to November 18, 2024**.

　　　**DATED:** October 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**