UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC LEWIS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:21-cv-00580-RFB-NJK<br><br>**ORDER** |

Respondents ask the Court for an extension to file a response to Isaac Lewis' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 40. Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to respond to the amended petition **(ECF No. 40) is GRANTED** *nunc pro tunc*. **The deadline is extended to November 25, 2024**.

**DATED:** November 19, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**