UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-00580-RFB-NJK<br><br>**ORDER** |

Respondents ask the Court for an extension to file a reply in support of their motion to dismiss Isaac Lewis' 28 U.S.C. § 2254 habeas corpus petition. ECF No. 46. Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to reply in support of their motion to dismiss **(ECF No. 46) is GRANTED** *nunc pro tunc*. **The deadline is extended to January 29, 2025**.

**DATED:** January 2, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**