**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

ISAAC LEWIS,

                  Petitioner,

    v.

CALVIN JOHNSON, *et al.*,

                  Respondents.

Case No. 2:21-cv-00580-RFB-NJK

**ORDER**

Respondents seek an extension of time to file their answer (ECF Nos. 51, 52).  The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant these motions.

Therefore, **IT IS HEREBY ORDERED** Respondents' first unopposed motion to extend time (ECF No. 51) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that Respondents' second unopposed motion to extend time (ECF No. 52) is **GRANTED**. Respondents have until **February 26, 2026**, to file their answer.

**DATED**: February 4, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1