**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ISAAC LEWIS,

      Petitioner,

    v.

CALVIN JOHNSON, *et al.*,

      Respondents.

Case No. 2:21-cv-00580-RFB-NJK

**ORDER**

Respondents sought an extension of time to file their answer. <u>See</u> <u>generally</u> Unopposed Mot. to Extend Time, ECF No. 54. The Court finds that the request was made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** Respondents' Third Unopposed Motion to Extend Time (ECF No. 54) is **GRANTED** *nunc pro tunc*.

**DATED:** April 29, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1