**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

ISAAC LEWIS,

      Petitioner,

    v.

CALVIN JOHNSON, *et al.*,

      Respondents.

Case No. 2:21-cv-00580-RFB-NJK

**EXTENSION ORDER**

Petitioner Isaac Lewis seeks an extension of time to file his reply in support of the amended petition. See generally Mot. to Extend Time, ECF No. 56 (Apr. 20, 2026). This motion is unopposed. See id. at 3. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** Petitioner's first unopposed motion to extend time (ECF No. 56) is **GRANTED**. Mr. Lewis now has up to, and including, **June 19, 2026**, to file his reply.

**DATED:** May 26, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

1