**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

ISAAC LEWIS,

Petitioner,

v.

CALVIN JOHNSON, *et al.*,

Respondents.

Case No. 2:21-cv-00580-RFB-NJK

**ORDER**

Petitioner Isaac Lewis seeks an extension of time to file his reply in support of the amended petition. <u>See</u> ECF No. 59. The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the motion.

Based on the foregoing, **IT IS HEREBY ORDERED** Petitioner's second unopposed motion to extend time (ECF No. 59) is **GRANTED**. Mr. Lewis has up to, and including, **August 6, 2026**, to file his reply.

**DATED:** July 27, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**